UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KEVIN BOWERS #467734,<br>Plaintiff | CIVIL DOCKET NO. 5:20-CV-1359-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DARREL VANNOY,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 18), and after a *de novo* review of the record including the Objection filed by Plaintiff (Record Document 19), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 1) is **DENIED** and **DISMISSED** with prejudice in its entirety.

Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Unless a Circuit Justice or a Circuit or District Judge issues a certificate of appealability, an appeal may not be taken to the court of appeals. See 28 U.S.C. § 2253(c)(1).

In this instance, a certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

**DONE AND SIGNED** at Shreveport, Louisiana, this 8th day of June, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT